# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DEMARCUS PARKER**                                                         **PLAINTIFF**

**v.**                  **CASE NO. 2:20-CV-00219-BSM**

**CITY OF WEST MEMPHIS,** *et al.*                                    **DEFENDANTS**

## ORDER

Plaintiff Demarcus Parker has not complied with the November 12, 2020 order [Doc. No. 4] directing him to update his address, and the time to do so has expired. His mail continues to be returned as undeliverable. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of August, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE