IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMARCUS PARKER**                                                   **PLAINTIFF**

v.                   **CASE NO. 2:20-CV-00219-BSM**

**CITY OF WEST MEMPHIS,** *et al.*                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of August, 2021.

                                                _____
                                                UNITED STATES DISTRICT JUDGE